UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Carlos Aurelio Juarez Cardenas,

Petitioner,

v.

Robert C. Marshall,

Respondent.

Case No. 2:26-cv-00679-DOC-DMK

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.  The Report and Recommendation is accepted.

2.  The Petition is denied.

3.  Judgment shall be entered dismissing the action without prejudice because Petition is moot.

4.  The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: June 18, 2026

_____
Honorable David O. Carter
United States District Judge

2