JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Carlos Aurelio Juarez Cardenas, | Case No. 2:26-cv-00679-DOC-DMK |
|---|---|
| Petitioner, | |
| v. | |
| Robert C. Marshall, | JUDGMENT |
| Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: June 18, 2026

_David O. Carter_

_____

Honorable David O. Carter
United States District Judge